# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| CHRISTINA L. KRUSE; THE GUARDIANSHIP AND CONSERVATORSHIP OF CHRISTINA KRUSE, by and through VERDA KRUSE, as sole surviving guardian and conservator of CHRISTINA KRUSE; and HARLEY J. HUDSON,<br><br>      Plaintiffs,<br><br>    v.<br><br>DAVID M. REPP; DICKINSON, MACKAMAN, TYLER & HAGEN, P.C.; ZACHARY I. GUINN; BRADLEY J. VAN VARK; and FIRST STATE BANK OF LYNNVILLE, IOWA,<br><br>      Defendants. | Case No. 4:19-cv-00106-SMR-SBJ<br><br>**MOTION FOR ADMISSION PRO HAC VICE** |

    Jeffrey E. Grell, a lawyer who is not a member of the bar of this district, moves to appear in this case pro hac vice on behalf of Plaintiffs Christina L. Kruse; the Guardianship and Conservatorship of Christina Kruse, by and through Verda Kruse, as sole surviving guardian and conservator of Christina Kruse; and Harley J. Hudson.

    Jeffrey E. Grell is a member in good standing of the bar of the State of Minnesota and agrees to submit to and comply with all provisions and requirements of the rules of conduct applicable to lawyers admitted to practice before this court in connection with pro hac vice representation in this case.

Jeffrey E. Grell agrees to comply with the associate counsel requirements of LR 83.1.d.3 by associating with Justin K. Swaim, an attorney who has been admitted to the bar of this district under LR 83.1.b and .c and who has entered an appearance in this case.

April 18, 2019

          */s/ Jeffrey E. Grell*
          Jeffrey E. Grell (021078X)
          GRELL FEIST PLC
          825 Nicollet Mall, Suite 625
          Minneapolis, MN 55402
          (612) 353-5530
          jgrell@grellfeist.com

          **ATTORNEY FOR PLAINTIFFS**